United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EMERSON RICKSTREW, in his capacity as Trustee of the MBEA Employee Stock Ownership Plan,

    Plaintiff,

  v.

ALAN WEISSMAN,

    Defendant.

ALAN WEISSMAN,

    Third-Party Plaintiff,

  v.

MARILYN BURNS EDUCATION ASSOCIATES, INC., a California corporation, MINERVA ACQUISITION, INC., a California corporation, and DOES 1 through 15, inclusive,

    Third-Party Defendants.

No. C 12-03133 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

The Court **CONTINUES** the case management conference to **OCTOBER 4, 2012, AT 8:00 A.M.**, at hearing on plaintiff's motion for judgment on the pleadings.

**IT IS SO ORDERED.**

Dated: September 18, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE