IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMERSON RICKSTREW, in his capacity as Trustee of the MBEA Employee Stock Ownership Plan,<br><br>      Plaintiff,<br><br>  v.<br><br>ALAN WEISSMAN,<br><br>      Defendant.<br>_____/<br>ALAN WEISSMAN,<br><br>      Third-Party Plaintiff,<br><br>  v.<br><br>MARILYN BURNS EDUCATION ASSOCIATES, INC., a California corporation, MINERVA ACQUISITION, INC., a California corporation, and DOES 1 through 15, inclusive,<br><br>      Third-Party Defendants.<br>_____/ | No. C 12-03133 WHA<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

      The Court **CONTINUES** the case management conference to **OCTOBER 4, 2012, AT 8:00 A.M.**, at hearing on plaintiff's motion for judgment on the pleadings.

      **IT IS SO ORDERED.**

Dated: September 18, 2012.

                                              WILLIAM ALSUP<br>
                                              UNITED STATES DISTRICT JUDGE

United States District Court<br>For the Northern District of California