IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EMERSON RICKSTREW,

    Plaintiff,

v.

ALAN WEISSMAN,

    Defendant.

AND RELATED THIRD-PARTY ACTION.

No. C 12-03133 WHA

**ORDER MOVING HEARING AND CASE MANAGEMENT CONFERENCE**

The Court **MOVES** the hearing and case management conference to **11:00 A.M. ON OCTOBER 4, 2012**.

**IT IS SO ORDERED.**

Dated: September 19, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE